**01–840.   Copley–Fairlawn Bd. of Edn. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals Nos. 00–L–1803 and 00–L–1809.

This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.